McGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC  20044-0683
Telephone: (202) 307-6421
Facsimile:  (202) 307-0054

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE WINGLE,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>INTERNAL REVENUE SERVICE and DEPARTMENT OF THE TREASURY/UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendants. | Civil No. F-05-0160 REC LJO<br><br>**STIPULATED DISMISSAL WITH PREJUDICE, and  ORDER** |

　　　　Defendant United States of America and plaintiff Blake Wingle hereby stipulate and agree as follows:

　　　　1.　　On February 4, 2005, plaintiff Blake Wingle filed this action seeking various forms of relief related to the 1994 through 1997 tax years.

　　　　2.　　The United States and Blake Wingle hereby dismiss this action with prejudice.

////

- 1 -

3.     The parties are to bear their own respective costs incurred in this action, including any attorneys' fees or costs.

Dated this 23rd day of February, 2006.                    Dated this 22nd day of February, 2006.

MCGREGOR W. SCOTT
United States Attorney

 /s/ - Paul Ham                                                   /s/ - Blake Wingle
PAUL S. HAM                                                     BLAKE WINGLE
Trial Attorney, Tax Division                                 8200 Stockdale Highway, M-10
U.S. Department of Justice                               Bakersfield, California 93311
Post Office Box 683, Ben Franklin Station
Washington, D.C.  20044                                  (Appearing Pro Se)
Telephone: (202) 307-6421
Facsimile: (202) 307-0054

(Attorneys for the United States)

**IT IS SO ORDERED.**

Dated:     February 27, 2006     .            /s/ ROBERT E. COYLE
                                                                  ROBERT E. COYLE
                                                                  SENIOR JUDGE
                                                                  UNITED STATES DISTRICT COURT